IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA formerly known as
TRAVELERS INDEMNITY COMPANY OF     07cv0754
ILLINOIS,     **ELECTRONICALLY FILED**

    Plaintiff(s),

    v.

STATE AUTOMOBILE MUTUAL
INSURANCE COMPANY,

    Defendant(s).

## Order of Court

AND NOW, this 10th day of March, 2008, for the reasons set forth in the Memorandum Opinion on Summary Judgment, IT IS HEREBY ORDERED:

(1)     Plaintiff's Motion for Summary Judgment (doc. no. 24) is GRANTED;

(2)     Defendant's Motion for Summary Judgment (doc. no. 20) is DENIED;

(3)     Defendant shall contribute $220,192.50 plus $668.12 in costs, to plaintiff; and,

(4)     Judgment is hereby entered in favor of plaintiff and against defendant.

                                                                         s/ Arthur J. Schwab
                                                                         Arthur J. Schwab
                                                                         United States District Judge

cc:     All Registered ECF Counsel and Parties